IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHELIA STAPLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-01031 |
| ) | Judge Aleta A. Trauger |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk is **DIRECTED** to substitute Nancy A. Berryhill, current Acting Commissioner of Social Security, as the defendant in this matter.

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. No. 32) to the magistrate judge's Report and Recommendation are **OVERRULED**; the Report and Recommendation (Doc. No. 25) is **ACCEPTED**, as modified; the plaintiff's Motion for Judgment on the Pleadings and Administrative Record (Doc. No. 20) is **DENIED**; and the SSA's decision is **AFFIRMED**. This action is **DISMISSED**.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge